664 A.2d 1353

**Richard David PELLONI, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING.**

Supreme Court of Pennsylvania.

Argued Sept. 18, 1995.

Decided Oct. 11, 1995.

Albert A. Torrence, Beaver, for R. Pelloni.

Timothy P. Wile, Harrisburg, William A. Kuhar, Pittsburgh, Harold H. Cramer, Philadelphia, for PENNDOT.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.